IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NEIL RAVI MEHTA                                                    PLAINTIFF

V.                                  CASE NO. 2:26-CV-2030

FEDERAL BUREAU OF INVESTIGATION                                   DEFENDANT

**ORDER**

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 6) filed on March 12, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. In the R&R, the Magistrate Judge recommends denying Plaintiff Neil Ravi Mehta's Motion for Leave to Proceed *in forma pauperis* (Doc. 3).

On March 13, Mr. Mehta filed an Objection (Doc. 8) to the R&R along with sealed exhibits (Doc. 9). The Court has taken a *de novo* review of the record, including the sealed exhibits, and does not find that Mr. Mehta has adequately established that he is entitled to proceed *in forma pauperis*. The Objection is **OVERRULED**.

**IT IS ORDERED** that the R&R (Doc. 6) is **ADOPTED IN ITS ENTIRETY**, and the Motion for Leave to Proceed *in forma pauperis* (Doc. 3) is **DENIED**. Mr. Mehta is directed to pay his filing fee to the Clerk's office **BY APRIL 17, 2026** or face summary dismissal of his Complaint.

**IT IS SO ORDERED** on this 19th day of March, 2026.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE